UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT WALTER TAYLOR, Plaintiff, v. TIM OWENS, et al., Defendants. | Case No. 5:18-cv-1709-LCB-SGC |

**MEMORANDUM OPINION**

The magistrate judge filed a report on February 11, 2020, recommending the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 40). The plaintiff was advised of his right to file specific written objections within fourteen days, but failed to do so. However, the plaintiff filed an untimely objection on March 2, 2020. (Doc. 41).

The Court will not consider the plaintiff's untimely objections. However, even if the objections had been timely, they were nonetheless meritless. Neither of Taylor's "objections" identify specific findings or recommendations to which he objects, nor do they identify areas of his complaint that the report and recommendation failed to address. Rather, the plaintiff reiterates a claim he raised in an earlier filing that was addressed in the magistrate judge's report and recommendation, i.e., that prison officials at Limestone Correctional Facility would

not allow him to view the video evidence in his case. Taylor also reasserts his claims of excessive force and appears to suggest that one of the defendants was negligent for leaving drug-test kits near the plaintiff. However, the magistrate judge thoroughly and correctly addressed these issues in her report and recommendation. Thus, even if the Court considered Taylor's untimely objections, the result would be the same.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, the Court **ORDERS** that the defendant's motion for summary judgment is **GRANTED**, the Court finding that no genuine issues of material fact exist.

**DONE** and **ORDERED** March 11, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE